UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RONNIE R. HARMON, et al.,

    Plaintiffs,                     Hon. Gordon J. Quist

v.                                   Case No. 1:17-cv-00727-GJQ-PJG

YRC, INC., et al.,

    Defendants,
_____/

## ORDER

This matter is before the Court on Plaintiff's second motion to compel discovery. (ECF No. 26). Defendants have responded. (ECF No. 28). The Court conducted a hearing today at which all parties were represented. Having considered the parties' oral and written submissions, and for the reasons stated on the record, the motion (ECF No. 26) is **DENIED**.

    **IT IS SO ORDERED**.

Date: July 9, 2018                  /s/ Phillip J. Green
                                          PHILLIP J. GREEN
                                          United States Magistrate Judge